IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 17-cv-02271-RPM

DEBRA BUKES,

      Plaintiff,

v.

HAMMERSMITH DATA MANAGEMENT, INC.
d/b/a Hammersmith Management, Inc. and
PALOMINO PARK OWNERS ASSOCIATION,

      Defendants.

_____

ORDER OF DISMISSAL
_____

      Upon review of Plaintiff's Notice of Settlement and Voluntary Dismissal Pursuant

to F.R.C.P. 41(a)(2) [Doc. 21], it is

      ORDERED that this action is dismissed with prejudice.

      DATED:   February 20, 2018

                             BY THE COURT:

                             s/Richard P. Matsch

                             _____

                             Richard P. Matsch, Senior Judge